William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Defendants, Dale A. Williams;
Dale A. Williams, Jr., aka Rory Williams; and
South Coast Home Furnishings Center, LLC

**FILED & ENTERED**

**MAY 25 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVSION

| | |
|---|---|
| In re:<br><br>DALE A. WILLIAMS,<br><br>    Debtor. | Case No.:   2:12-bk-15652 RK<br>Adv. No.:   2:16-ap-01196 RK<br><br>Chapter 11 |
| STEPHEN P. MILNER, as PLAN AGENT,<br><br>    Plaintiff,<br><br>v.<br><br>DALE A. WILLIAMS, an individual; DALE A. WILLIAMS, JR., aka RORY WILLIAMS, an individual; SOUTH COAST HOME FURNISHINGS CENTER, LLC, a Nevada limited liability company; SHULMAN, HODGES & BASTIAN, LLP, a California limited liability partnership,<br><br>    Defendant(s). | **ORDER ~~GRANTING~~ APPROVING ~~JOINT~~ STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Status Conference:**<br>Date:   June 21, 2016<br>Time:   1:30 p.m.<br>Dept.:   1675 |

//

//

1072368.1                    - 1 -                    JOINT STIPULATION TO EXTEND TIME TO RESPOND

Having reviewed and considered the Joint Stipulation to Extend Time to Respond to Complaint (the "<u>Stipulation</u>")[1] filed with this Court on May 24, 2016 [Docket No. 14], the Court hereby finds good cause exists to approve the Stipulation, and hereby orders that:

1. The Stipulation is ~~granted~~ approved;

2. The deadline for Defendants to file responsive pleadings to the Complaint is extended to and including June 1, 2016; and

3. Such extension of time to answer or otherwise move against the Complaint is without prejudice to the Plaintiff's or Defendants' rights to seek further ~~continuances~~ extensions.

**(This court's style comments: "Joint" in "Joint Stipulation" is redundant since the word stipulation already implies agreement or something joint. A stipulation is "approved" rather than "granted" (probably because the idea of a request for relief always implicit in a motion is not always implied in a stipulation, which need not always be approved by a court order to be effective. See, e.g., Federal Rule of Civil Procedure 41(a)(1)(A)(stipulation for dismissal of civil action by all parties who have appeared in a civil action is effective to dismiss the matter) A deadline to answer or move is "extended" rather than "continued" (probably because a deadline denotes the end of a fixed period of time which may be extended as opposed to a discrete event like a hearing which would be continued.)**

# # #

Date: May 25, 2016

_____
Robert Kwan
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the meaning ascribed in the Stipulation.